UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00138-FDW-DSC

| | |
|---|---|
| CARSTAR FRANCHISOR SPV LLC, as successor-in-interest to CARSTAR FRANCHISE SYSTEMS, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>A.W. GOLDEN PONTIAC, INC. and )<br>KATHRYN GOODMAN, )<br>)<br>Defendants. )<br>) | ORDER and JUDGMENT |

THIS MATTER is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 8). Pursuant to Federal Rule of Civil Procedure 55(b)(2) and for the reasons stated in the motion (Doc. No. 8) and the supporting memorandum (Doc. No. 8-1), the motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment (Doc. No. 8) is GRANTED.

IT IS FURTHER ORDERED that judgment is hereby entered against each of the Defendants, A.W. GOLDEN PONTIAC, INC. and KATHRYN GOODMAN, jointly and severally, for:

(a) All amounts due and owing under the Franchise Agreement for unpaid franchise fees, insurance and marketing fees, and other outstanding fees in the amount of $74,397.10;

(b) Prejudgment interest on the Franchise Agreement past due amount from the date of termination through March 31, 2021 in the amount of $16,208.38, plus $16.30 per diem until final judgment is entered;

1

(c) Lost monthly franchise fees, insurance, and marketing fees, rebates, and other fees from the date of termination through the remaining term of the Franchise Agreement in the amount of $76,268.02;

(d) Post-judgment interest at the statutory rate of eight percent (8%) per annum until the judgment is satisfied; and

(e) Reasonable attorneys' fees together with nontaxable expenses and costs in an amount to be determined upon the filing of applicable motions and supporting exhibits.

IT IS SO ORDERED.

Signed: May 5, 2021

Frank D. Whitney
United States District Judge